## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

DATACLOUD TECHNOLOGIES, LLC,

     Plaintiff,

v.

SQUARESPACE, INC.,

     Defendant.

CIVIL ACTION NO. 1:21-cv-00164-LPS

**Chief Judge Leonard P. Stark**

## STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud") moves for a 14-day extension to respond to the Motion For Judgment On The Pleadings filed on May 19, 2021, by Defendant SQUARESPACE, INC. (hereinafter, "Squarespace") under Fed. R. Civ. Proc. 12(c) (D.I. 15 and 16; hereinafter, the "Motion"). DataCloud's response to the Motion is due on or before June 2, 2021. However, DataCloud intends to amend its Complaint by the due date of June 11, 2021 (*see* Order dated May 17, 2021 granting Stipulation to set schedule, D.I. 15). DataCloud does not seek any unfair advantage but, rather, the efficient use of the time and resources of the Court and Parties. No prejudice to Squarespace will result, and no schedule has been entered by the Court. Counsel for Squarespace was contacted concerning this motion and indicated that Squarespace is unopposed to it.

Therefore, the Parties move for a 14-day extension of time for DataCloud to respond to the Motion, up to and including June 16, 2021.

Dated: June 1, 2021                    Respectfully submitted,

                                       **Stamoulis & Weinblatt, LLC**

                                       */s/ Stamatios Stamoulis*
                                       Stamatios Stamoulis (#4606)
                                       Richard C. Weinblatt (#5080)
                                       800 N. West Street Third Floor
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 999-1540
                                       Email: stamoulis@swdelaw.com
                                       Email: weinblatt@swdelaw.com

                                       James F. McDonough, III (Bar No. 117088, GA)*
                                       Jonathan R. Miller (Bar No. 507179, GA)*
                                       Travis E. Lynch (Bar No. 162373, GA)*
                                       **HENINGER GARRISON DAVIS, LLC**
                                       3621Vinings Slope, Suite 4320
                                       Atlanta, Georgia 30339
                                       Telephone: (404) 996-0869, -0863, -0867
                                       Facsimile: (205) 547-5502, -5506, -5515
                                       Email: jmcdonough@hgdlawfirm.com
                                       Email: jmiller@hgdlawfirm.com
                                       Email: tlynch@hgdlawfirm.com

                                       ***Attorneys for Plaintiff DataCloud Technologies, LLC***

                                                          * admitted *pro hac vice*



       **SO ORDERED**


Date:_____          _____
                                    United States District Judge

Dated: <u>June 1, 2021</u>                    Respectfully submitted,

**FARNAN LLP**

*/s/Brian E. Farnan*
Sue L. Robinson (Bar No. 100658)
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: srobinson@farnanlaw.com
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com


James W. Dabney *
James R. Klaiber *
Lynn M. Russo *
Justin W. Taylor *
Michael M. Polka **
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: james.dabney@hugheshubbard.com
Email: james.klaiber@hugheshubbard.com
Email: lynn.russo@hugheshubbard.com
Email: justin.taylor@hugheshubbard.com
Email: Michael.Polka@hugheshubbard.com

*Attorneys for Defendant Squarespace, Inc.*

\# e-signed with express permission

\* admitted *pro hac vice*
\*\* admission *pro hac vice* applied for

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: June 1, 2021                              */s/ Stamatios Stamoulis*
                                                      Stamatios Stamoulis #4606