## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SQUARESPACE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 1:21-cv-00164-LPS<br><br>**Chief Judge Leonard P. Stark** |

## DATACLOUD TECHNOLOGIES, LLC.'S OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [D.I. 16]

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud") hereby opposes the "Defendant's Motion For Judgment On The Pleadings" (D.I. 16, brief in support at D.I. 17) filed on May 19, 2021 by Defendant SQUARESPACE, INC., (hereinafter, "Squarespace" or "Defendant") under Fed. R. Civ. Proc. 12(c) (hereinafter, the "Motion"), because it has become moot with the filing of DataCloud's First Amended Complaint (D.I. 21).

Under Third Circuit law, an amended complaint supersedes the original complaint filed, rendering it a nullity. *See West Run Student Housing Assocs., LLC v. Huntington Nat'l Bank*, 712 F.3d 165, 171 (3d Cir. 2013) (amended complaint generally moots motion to dismiss); *Snyder v. Pascack Valley Hosp.,* 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); *see also Calloway v. Green Tree Servicing, LLC*, 599 F.Supp.2d 543, 546 (D. Del. 2009) (denying motion to dismiss as moot because it was directed to superseded complaint).

Therefore, DataCloud requests that Defendant's Motion (D.I. 16) be denied as moot.

Dated: <u>June 11, 2021</u>　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**Stamoulis & Weinblatt, LLC**

　　　　　　　　　　　　　　　　　　　<u>/s/ Stamatios Stamoulis</u>
　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis (#4606)
　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt (#5080)
　　　　　　　　　　　　　　　　　　　800 N. West Street Third Floor
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　　　　　Email: stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　Email: weinblatt@swdelaw.com

　　　　　　　　　　　　　　　　　　　James F. McDonough, III (Bar No. 117088, GA)*
　　　　　　　　　　　　　　　　　　　Jonathan R. Miller (Bar No. 507179, GA)*
　　　　　　　　　　　　　　　　　　　Travis E. Lynch (Bar No. 162373, GA)*
　　　　　　　　　　　　　　　　　　　**HENINGER GARRISON DAVIS, LLC**
　　　　　　　　　　　　　　　　　　　3621Vinings Slope, Suite 4320
　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30339
　　　　　　　　　　　　　　　　　　　Telephone: (404) 996-0869, -0863, -0867
　　　　　　　　　　　　　　　　　　　Facsimile: (205) 547-5502, -5506, -5515
　　　　　　　　　　　　　　　　　　　Email: jmcdonough@hgdlawfirm.com
　　　　　　　　　　　　　　　　　　　Email: jmiller@hgdlawfirm.com
　　　　　　　　　　　　　　　　　　　Email: tlynch@hgdlawfirm.com

　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff DataCloud Technologies, LLC***

* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: <u>June 11, 2021</u>              */s/ Stamatios Stamoulis*
                              Stamatios Stamoulis #4606