**VERIFICATION**

1. My name is John R. Colton. I am the Senior Vice President of Engineering of Squarespace, Inc., a position I have held since July 2011.

2. In my current role, I specialize in software product development, database security, network security, and network management.

3. Before Squarespace, I had software development and engineering roles at Application Security, Inc. (where I was the Vice President of Engineering from December 2003 to June 2011), Techrigy (where I was a board member from June 2007 to May 2009), Micromuse (where I was a Software Engineer from July 1997 to January, then the Vice President of Software Development from February 2000 to November 2000, then the Senior Vice President of Software Development from December 2000 to August 2002), Uni-Data & Communications, Inc. (where I was a Software Developer from July 1995 to July 1997), and Capgemini (where I was a Software Consultant to AT&T Bell Labs from July 1994 to July 1995).

4. Through the foregoing roles, I developed expertise in content management systems, Internet web technologies, eCommerce technologies, credit card processing, distributed denial of service mitigation, network engineering, cloud computing, mobile app development and mobile platforms, application security, web application security, and database security, social media monitoring and analysis, designing service and business assurance software, analog and digital desktop videoconferencing, and network management.

5. I hold a B.S. in Computer Engineering from Lehigh University (1994).

6. I have more than 27 years of experience in software development and computer engineering.

7. I have read the First Amended Complaint of DataCloud Technologies, LLC ("DataCloud") against Squarespace, Inc. (the "Complaint").

8. I have read U.S. Patents Nos. 6,560,613, 6,651,063, 8,607,139, 8,762,498, 7,209,959, 7,246,351, and 7,398,298 (the "'613 Patent," "the '063 Patent," "the '139 Patent," "the '498 Patent," the "'959 Patent, the "'351 Patent, "and the "'298 Patent," respectively; collectively the "Asserted Patents").

9. I am skilled in the subject matter of the Asserted Patents, and I was skilled in that subject matter as of January 28, 2000.

10. I have assumed, only for the purposes of this Verification, that the claim terms of the Asserted Patents have the meanings that DataCloud has ascribed to them in the Complaint.

11. I hereby verify and declare that I have read paragraphs 97-170 of the Answer of Squarespace, Inc. to the Complaint (the "Answer") and know the contents thereof, and that the factual matters contained in paragraphs 97-170 of the Answer are true and correct.

12. I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2021                    /s/ John R. Colton

                                                                                          John R. Colton