IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 21-cv-164-LPS |
| SQUARESPACE, INC, | : | |
| Defendant. | : | |

**DEFENDANT SQUARESPACE, INC.'S RENEWED MOTION FOR JUDGMENT
ON THE PLEADINGS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(c)**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Squarespace, Inc. ("Squarespace") hereby moves for judgment on the pleadings in its favor. The grounds for this motion are set forth in Squarespace's Opening Brief, which is submitted herewith.

Dated: July 28, 2021                                Respectfully submitted,

                                                    FARNAN LLP

                                                     /s/ Michael J. Farnan
                                                    Sue L. Robinson (Bar No. 100658)
                                                    Brian E. Farnan (Bar No. 4089)
                                                    Michael J. Farnan (Bar No. 5165)
                                                    919 North Market Street
                                                    12th Floor
                                                    Wilmington, DE  19801
                                                    (302) 777-0300 (Telephone)
                                                    (302) 777-0301 (Facsimile)
                                                    srobinson@farnanlaw.com
                                                    bfarnan@farnanlaw.com
                                                    mfarnan@farnanlaw.com

                                                    James W. Dabney (admitted *pro hac vice*)
                                                    James R. Klaiber (admitted *pro hac vice*)
                                                    Lynn M. Russo (admitted *pro hac vice*)
                                                    Michael M. Polka (admitted *pro hac vice*)
                                                    Justin W. Taylor (admitted *pro hac vice*)
                                                    HUGHES HUBBARD & REED LLP
                                                    One Battery Park Plaza
                                                    New York, NY  10004-1482
                                                    T: 212.837.6000
                                                    F: 212.422.4726
                                                    james.dabney@hugheshubbard.com
                                                    james.klaiber@hugheshubbard.com
                                                    lynn.russo@hugheshubbard.com
                                                    michael.polka@hugheshubbard.com
                                                    justin.taylor@hugheshubbard.com

                                                    **ATTORNEYS FOR DEFENDANT**
                                                    **SQUARESPACE, INC.**