IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 21-cv-164-LPS |
| SQUARESPACE, INC, | : |
| Defendant. | : |

**PROPOSED ORDER**

Having considered Defendant Squarespace, Inc.'s Renewed Motion for Judgment on the Pleadings under Rule 12(c) of the Federal Rules of Civil Procedure;

IT IS HEREBY ORDERED this _____ day of _____, 2021 that the Motion is GRANTED, and the complaint of DataCloud Technologies, LLC is dismissed with prejudice.

_____
Hon. Leonard P. Stark
United States District Judge