# CLAIM APPENDIX

# CLAIM APPENDIX[1]

## U.S. Patent No. 6,560,613 ("'613 Patent")

**Asserted claim 8 of the '613 Patent recites (D.I. 21-2 at 28) (emphases added):**

8. A method in a computer system for *disambiguating file descriptors*, the method comprising:

*intercepting system calls* that establish a file stored on media;

*storing at least one indicator* that a file descriptor established by an intercepted system call is associated with a file stored on media,

wherein storing an indicator that an established file descriptor is associated with a file stored on media further comprises *storing the indicator in a table*; and

*examining at least one stored indicator* to determine with what file type a file descriptor is associated.

## U.S. Patent No. 6,651,063 (the "'063 Patent")

**Asserted claim 4 of the '063 Patent recites (D.I. 21-2 at 515) (emphases added):**

4. A method for *providing information* to one or more users of a system comprising the steps of:

storing information to be provided in an information pack;

*associating with said information pack* at least a user destination address associated with one of a multiplicity of user data repositories each of said user data repositories associated with at least one of said users and a category identifier;

associating with said information pack a provider identifier;

communicating said information pack by means of a network to said user data repository associated with the user destination address,

*locating said information pack* in a location of said user data repository associated with the user destination address reserved for information corresponding to a category to which said category identifier corresponds, and

---

[1] For purposes of Defendant's Renewed Motion for Judgment on the Pleadings, the words of the asserted claims are assumed to have the meaning that the Plaintiff ascribed to them in its First Amended Complaint. D.I. 23-1 ¶ 10. The nature of the italicized words of the asserted claims, quoted above, is addressed in D.I. 23 ¶¶ 97-171 and D.I. 23-1 ¶¶ 2-11.

1

further comprising, after said step of communicating the information pack to said user data repository associated with the user destination address, the steps of

*creating a custom location* in said user data repository;

placing said information pack in said custom location;

associating a custom category identifier with said information pack;

*sending a custom category signal* to a processing station uniquely associated with said user data repository including a data storage means and a data processing means, said data storage means storing together said custom category identifier and said provider identifier, and *said data processing means analyzing the provider identifier of subsequent of said information packs, comparing said provider identifier of said subsequent information packs with said provider identifier stored in said storage means and in the event of a match between the provider identifier of one of said subsequent information packs and the provider identifier stored in said storage means, placing said one of the subsequent information packs in said custom location.*

## U.S. Patent No. 8,607,139 (the "'139 Patent")

**Asserted claim 1 of the '139 Patent recites (D.I. 21-2 at 73) (emphases added):**

1. A system, comprising:

a processor, coupled to a memory, configured to execute or facilitate execution of computer-executable components, comprising:

a content management component configured to: *display* a graphical interface based on a metadata template, the metadata template comprising an object that represents a structure and an appearance of a web page, wherein the object is based on a class stored in a base template, and wherein the graphical interface comprises an input field corresponding to the object, the input field defining a property of a data entry field, and *generate* a data entry form comprising the data entry field, wherein the data entry field is configured to accept input corresponding to content of the object; and

a web page generator configured to *generate* the web page based on the metadata template, wherein the web page comprises the content represented by the input.

## U.S. Patent No. 8,762,498 (the "'498 Patent")

**Asserted claim 1 of the '498 Patent recites (D.I. 21-2 at 86) (emphases added):**

1. A method, comprising:

*determining*, by a controller device comprising a processor, a destination internet protocol (IP) address from a plurality of categories for virtual names based on a virtual namespace destination address specified by request data received from a device, wherein a category of the plurality of categories is related to the virtual namespace destination address;

*establishing* a correlation between the destination IP address and a forwarder IP address of a forwarder device; and

*instructing* the forwarder device to send the request data to the destination IP address.

**U.S. Patent No. 7,209,959 (the "'959 Patent")**

**Asserted claim 1 of the '959 Patent recites (D.I. 21-2 at 223-24) (emphases added):**

1. A method, comprising:

in response to a request by a client to initiate communication with a destination website;

*setting up a forwarding session* between the client and a destination server corresponding to the destination website, the forwarding session *employing a forwarder* disposed between the client and the destination server to forward packets sent from the client to the destination server and to forward packets sent from the destination server to the client;

*employing the forwarder* to transfer packets between the client and the destination server during the forwarding session, wherein the forwarding session is set up and implemented such that neither the client or the destination server is aware of the employment of the forwarder;

*employing a controller* configured to communicate with the forwarder and a domain name server, wherein the controller queries the domain name server to resolve the name of the destination website associated with the destination server and initiates communication with the forwarder in response to an answer from the domain name server to resolve the name of the destination website associated with the destination server;

*employing a deceiver* configured to communicate with the controller and the client, wherein the deceiver receives the request by the client to initiate communication with the destination website and initiates the controller to query the domain name server to resolve the name of the destination website associated with the destination server, and

in response to the controller receiving the answer from the domain name server and initiating communication with the forwarder, *initiating the forwarding session*.

### U.S. Patent No. 7,246,351 (the "'351 Patent")

**Asserted claim 1 of the '351 Patent recites (D.I. 21-2 at 248) (emphases added):**

1. A system for deploying applications over a distributed network to an Internet-enabled device for interacting with a server, the server being in communication with the distributed network and having text files containing program logic, the system comprising:

an application assembler for storing on and running on the Internet-enabled device, the application assembler for *downloading one or more text flies* from the server,

*retrieving the program logic* from each of the downloaded text files, and

*assembling the retrieved program logic* into a functioning application and

*running the functioning application* on the Internet-enabled device,

wherein the functioning application provides a graphical user interface for receiving and interpreting user inputs to the Internet-enabled device.

### U.S. Patent No. 7,398,298 (the "'298 Patent")

**Asserted claim 1 of the '298 Patent recites (D.I. 21-2 at 248) (emphases added):**

1. A system for *providing remote control of data directory structures* across at least one communications network, comprising:

a computer server, the computer server coupled to the communications network;

a remote data directory structure management computing application, the remote data directory structure management computing application *operating on the computer server to process received requests* for remote data directory management of desired data residing in directory structures by participating users; and

a profile data store comprising information relating to the data and data directory structures accessible to each of the participating users, wherein the profile data store is queried for the data directory structures accessible to each of the participating users, wherein further a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification.