# EXHIBIT 1

# EXHIBIT 1



CALL US AT  404.962.8740

HOME  WHAT WE DO  MANAGEMENT  NEWS  CURRENT OFFERINGS  CONTACT US



# MONETIZING
## PATENT PORTFOLIOS

IPinvestments Group monetizes patents by providing patent brokering and patent licensing services on a success fee (contingency fee) basis.

**CURRENT PATENTS FOR SALE**



# WHAT WE DO
## PATENT BROKERING & LICENSING

We broker high-value patents for acquisition, as well as develop and manage enforcement patent licensing programs for our clients, on a success fee basis.

**VIEW MORE**



# MANAGEMENT TEAM
## EXPERIENCE & EXPERTISE

Our professionals have extensive experience in evaluating and negotiating the technical and financial aspects of patent sale and patent licensing transactions.

**MEET THE TEAM**



# PROVEN SUCCESS
## COMPANY NEWS

IPinvestments Group has a proven record of success and a trustworthy reputation in the industry. Using our tremendous network of relationships within the patent community, we have generated hundreds of millions of dollars for clients.

**DEAL ANNOUNCEMENTS**



ALEXANDER BELL (1847-1922) — THE TELEPHONE
BENJAMIN FRANKLIN (1706-1790) — THE BIFOCAL
THOMAS WATT (1736-1819) — THE STEAM ENGINE

# LET US HELP
## CONTACT INFORMATION



Day Building, Suite 230
4725 Peachtree Corners Circle
Atlanta, Georgia 30092

Phone: 404.962.8740
Email: contact@ipigrp.com
Fax: 404.962.8741

### Get in touch with us

Name (Required)

Email (Required)

Comments

**CONNECT**

© IP Investments Group LLC 2021. All rights reserved. Created by FMG