# EXHIBIT 4

## Klaiber, James R.

| | |
|---|---|
| **From:** | James F. McDonough, III <jmcdonough@hgdlawfirm.com> |
| **Sent:** | Monday, August 9, 2021 6:13 PM |
| **To:** | Klaiber, James R. |
| **Cc:** | weinblatt@swdelaw.com; Travis Lynch; Jonathan Miller; stamoulis@swdelaw.com; Taylor, Justin; Russo, Lynn; Polka, Michael; Brian Farnan; Dabney, James W.; Michael J. Farnan; O'Connor, Suzanne |
| **Subject:** | RE: DataCloud v. Squarespace:  Case 1:21-cv-00164-LPS -- Motion to Amend/Correct Amended Complaint |

**CAUTION: This email was sent by someone outside of the Firm.**

Jim,

Thanks for the email, but the reality is that it is a motion for leave to amend to fix a mistake, which will be supported by a declaration.  If you read the remainder of each of those paragraphs, this is quite clear.  In the sentence immediately following the text to which you are referring (in Paragraph 24, for example),  the complaint states:  "Even if any limitation and/or step of the claims is "functional"—and none are . . . "   This indicates that Plaintiff was pleading that the limitations are not functional.  Unfortunately, the two subject words were transposed, which Plaintiff noticed when Squarespace filed its brief.

In any event, I understand your email to mean you oppose the motion for leave to correct/amend.

Thank you,
Jim




**James F. McDonough, III**
**Partner**
3621 Vinings Slope, Suite 4320, Atlanta GA 30339

Tel: 404.996.0869 | Fax: 205.547.5504
jmcdonough@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama        Georgia        New York**

---

**From:** Klaiber, James R. <james.klaiber@hugheshubbard.com>
**Sent:** Monday, August 9, 2021 5:50 PM
**To:** James F. McDonough, III <jmcdonough@hgdlawfirm.com>
**Cc:** weinblatt@swdelaw.com; Travis Lynch <tlynch@hgdlawfirm.com>; Jonathan Miller <jmiller@hgdlawfirm.com>; stamoulis@swdelaw.com; Taylor, Justin <justin.taylor@hugheshubbard.com>; Russo, Lynn <lynn.russo@hugheshubbard.com>; Polka, Michael <michael.polka@hugheshubbard.com>; Klaiber, James R. <james.klaiber@hugheshubbard.com>; Brian Farnan <bfarnan@farnanlaw.com>; Dabney, James W. <james.dabney@hugheshubbard.com>; Michael J. Farnan <mfarnan@farnanlaw.com>; O'Connor, Suzanne <Suzanne.O'Connor@hugheshubbard.com>
**Subject:** RE: DataCloud v. Squarespace: Case 1:21-cv-00164-LPS -- Motion to Amend/Correct Amended Complaint

1

Counsel,

The allegations in paragraphs 24, 32, 40, 54, 62, 70, and 84 of the First Amended Complaint do not appear to us to reflect any supposed "transposition error."

Your email heralds a motion for leave to <u>retract</u> what the Plaintiff alleged in paragraphs 24, 32, 40, 54, 62, 70, and 84 of the First Amended Complaint and to allege that the truth is literally <u>the opposite</u> of what Plaintiff alleged in those paragraphs.

Please identify, by the column and line numbers of the asserted patents, any physical structure or computer program code that Plaintiff relies on as support for the proposed new allegations.

Thank you.

Regards,

Jim Klaiber

**James R. Klaiber** | Counsel

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 11th floor |  New York | NY 10004-1482
Office +1 (212) 837-6125 | Cell +1 (718) 710-7460
james.klaiber@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** James F. McDonough, III <jmcdonough@hgdlawfirm.com>
**Sent:** Thursday, August 5, 2021 4:25 PM
**To:** Brian Farnan <bfarnan@farnanlaw.com>; Dabney, James W. <james.dabney@hugheshubbard.com>; Klaiber, James R. <james.klaiber@hugheshubbard.com>; Taylor, Justin <justin.taylor@hugheshubbard.com>; Russo, Lynn <lynn.russo@hugheshubbard.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** weinblatt@swdelaw.com; Travis Lynch <tlynch@hgdlawfirm.com>; Jonathan Miller <jmiller@hgdlawfirm.com>; stamoulis@swdelaw.com
**Subject:** DataCloud v. Squarespace: Case 1:21-cv-00164-LPS -- Motion to Amend/Correct Amended Complaint

CAUTION: This email was sent by someone outside of the Firm.

Counsel,

As you all noticed, there was a transposition error made in DataCloud's First Amended Complaint, which was reproduced at Paragraphs 24, 32, 40, 54, 62, 70, and 84.  DataCloud intends to move for leave to correct/amend the complaint to correct that error.  Specifically, the words "are" and "do" in the Amended Complaint were transposed (and reproduced) in

2

error.  The amended/corrected complaint will correct that error in each of the Paragraphs identified above, as follows:

Original:  "defined by what they do (not what they are)"

Corrected:  "defined by what they ~~do~~ are (not what they ~~are~~ do)"

It should be clear from the remainder of each of those paragraphs that these two words were transposed, and DataCloud intends to submit a declaration conceding and confirming that these two words were transposed in error.

In terms of how this would affect the Motion for Judgment, we still intend to respond to that motion, but with reference the error and noting that DataCloud is concurrently seeking to correct the error with an amended/corrected complaint.  In other words, if Squarespace agreed not to oppose the amendment, it would not argue that the current motion is mooted for that reason.  Instead, it would still respond to the motion, but it would note that the language at issue was transposed in error and would argue based on the corrected language.

Please let us know if you will oppose a motion for leave to file a corrected complaint as described above?


Best,
Jim





**James F. McDonough, III**
**Partner**
3621 Vinings Slope, Suite 4320, Atlanta GA 30339

Tel: 404.996.0869 | Fax: 205.547.5504
jmcdonough@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama      Georgia      New York**

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.