UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>SQUARESPACE, INC.,<br><br>　　　Defendant. | CIVIL ACTION NO. 1:21-cv-00164-LPS<br><br>**Chief Judge Leonard P. Stark** |

## NOTICE OF CHANGE OF FIRM AFFILIATION

I, Stamatios Stamoulis, Esquire, files this notice of change of firm affiliation for co-counsel James F. McDonough, III, whose new firm affiliation and contact information is:

> James F. McDonough, III
> ROZIER & HARDT PLLC
> 712 W. 14th Street, Suite C,
> Austin, Texas 78701
> Telephone: (470) 480-9505
> Email: jim@rhmtrial.com

Dated:  November 18, 2021　　　STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　*/s/ Stamatios Stamoulis*
　　　　　　　　　　　　　　　　Stamatios Stamoulis #4606
　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　800 N. West Street, Third Floor
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Telephone:  (302) 999-1540

　　　　　　　　　　　　　　　　ROZIER & HARDT PLLC
　　　　　　　　　　　　　　　　　jim@rhmtrial.com
　　　　　　　　　　　　　　　　James F. McDonough, III
　　　　　　　　　　　　　　　　712 W. 14th Street, Suite C,
　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　Telephone: (470) 480-9505
　　　　　　　　　　　　　　　　Email: jim@rhmtrial.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff DataCloud Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel:

Dated:  November 18, 2021               STAMOULIS & WEINBLATT LLC

                                        */s/ Stamatios Stamoulis*
                                        Stamatios Stamoulis #4606
                                          stamoulis@swdelaw.com
                                        800 N. West Street, Third Floor
                                        Wilmington, DE 19801
                                        Telephone:  (302) 999-1540

                                        *Attorneys for Plaintiff DataCloud Technologies, LLC*