## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | CIVIL ACTION NO. 1:21-cv-00164-LPS |
| Plaintiff, | **Chief Judge Leonard P. Stark** |
| v. | |
| SQUARESPACE, INC., | |
| Defendant. | |

## <u>NOTICE OF CHANGE OF FIRM AFFILIATION</u>

I, Stamatios Stamoulis, Esquire, file this notice of change of firm affiliation for co-counsel

Jonathan R. Miller, and Travis E. Lynch, whose new firm affiliation and contact information is:

> ROZIER HARDT MCDONOUGH PLLC
> 3621 Vinings Slope, Suite 4300
> Atlanta, Georgia  30339
> Telephone: (470) 480-9517, -9514
> Email: miller@rhmtrial.com
> Email: lynch@rhmtrial.com

Dated: <u>December 7, 2021</u>                     Respectfully submitted,

*/s/ Stamatios Stamoulis*
**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

*Attorneys for Defendant DATACLOUD TECHNOLOGIES, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: <u>December 7, 2021</u>          */s/ Stamatios Stamoulis*
                                       Stamatios Stamoulis #4606