

January 5, 2022

**VIA E-FILING**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      RE:    *Datacloud Technologies, LLC v. Squarespace, Inc.*
              <u>C.A. No. 21-cv-164-LPS</u>

Dear Judge Stark:

      We write on behalf of the parties regarding the oral argument the Court scheduled for January 20, 2022 on the pending motions (D.I. 36).  Due to the current circumstances, the parties respectfully request that the hearing take place via remote means.  The parties respectfully request a teleconference via Zoom, so that the parties may present their arguments and share documents with the Court in real time, as is commonly done in Your Honor's courtroom using an ELMO-type document camera

      We appreciate the Court's consideration of this request and are available at the Court's convenience should Your Honor with to discuss further.

                                      Respectfully submitted,

                                      /s/ Brian E. Farnan

                                      Brian E. Farnan

cc:      Counsel of Record (via E-File)