# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SQUARESPACE, INC., <br><br> Defendant. | Civil Action No. 1:21-cv-00164-GBW |

## STIPULATION TO STAY CASE

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud") and Defendant SQUARESPACE, INC. (hereinafter, "Defendant") move to stay this case for a period of 30 days. An agreement in principle on terms that would resolve this matter in its entirety has been reached, and the Parties are requesting this stay in order to give the parties additional time to finalize the terms that agreement and submit dismissal papers with this Court. The Parties therefore move to stay this case up to and including December 19, 2022, to allow the Parties the time to effectuate the agreement and file the appropriate dismissal papers

Dated: November 22, 2022

Respectfully submitted,

**STAMOULIS & WEINBLATT, LLC**

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

**ROZIER HARDT MCDONOUGH PLLC**

James F. McDonough, III (Bar #117088, GA)*

**FARNAN LLP**

/s/ *Brian E. Farnan*
Sue L. Robinson (Bar #100658)
Brian E. Farnan (Bar #4089)
Michael J. Farnan (Bar #5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Email: srobinson@farnanlaw.com
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

**HUGHES HUBBARD & REED LLP**

James W. Dabney*

<table>
<tr><td>

Jonathan R. Miller (Bar #507179, GA)*
Travis E. Lynch (Bar #162373, GA)*
3621 Vinings Slope, SE, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505; -9517; -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

</td><td>

James R. Klaiber*
Lynn M. Russo*
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Email: james.dabney@hugheshubbard.com
Email :james.klaiber@hugheshubbard.com
Email: lynn.russo@hugheshubbard.com

**HUGHES HUBBARD & REED LLP**

James Canfield*
1775 I Street, N.W.
Washington, D.C., 20006-2401
Telephone: (202) 721-4600
Email: james.canfield@hugheshubbard.com

</td></tr>
<tr><td align="center">

**ATTORNEYS FOR PLAINTIFF**
*DataCloud Technologies, LLC*

</td><td align="center">

**ATTORNEYS FOR DEFENDANT**
*Squarespace, Inc.*

</td></tr>
</table>

\* admitted *pro hac vice*

**IT IS SO ORDERED** this \_\_\_\_ day of November, 2022.

_____
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I caused a true copy of the above document to be filed using this Court's ECF System which caused it to be served by electronic mail upon the attorneys of record.

Dated: <u>November 22, 2022</u>

                                                             */s/ Stamatios Stamoulis*
                                                             Stamatios Stamoulis